**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 22, 2018.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-18-00047-CV

### JESUS AVALOS AND MARIA AVALOS, Appellants

### V.

### SEAWAY CRUDE PIPELINE COMPANY LLC, Appellee

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1093844**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 24, 2017. On May 14, 2018, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion states the parties have agreed that costs shall be assessed against the party incurring them. *See* Tex. R. App. P. 42.1(d).

The motion is granted and the appeal is dismissed. Appellants shall pay the costs appellants incurred and appellee shall pay the costs it incurred by reason of this appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.